IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 4:24-CR-00097 |
| | : |
| v. | : (Chief Judge Brann) |
| | : |
| SAMANTHA CELONA, and | : |
| DAMON MAGNUSON, | : (Electronically Filed) |
| Defendants | : |

**<u>ORDER</u>**

May 15, 2024

_____

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On April 16, 2024, Damon Magnuson and Samantha Celona were charged in an 8 Count Indictment, in Count 1 with conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); in Count 2 with possession with intent to distribute and distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2; in Count 3 and Count 4 Damon Magnuson was charged with unlawful possession of a firearm in violation of and 18 U.S.C. § 922(g)(1) and 924(a)(2) and 18 U.S.C. § 924(c); in Count 5 Samantha Celona and Damon Magnuson were charged with possession with intent to distribute and distribution of methamphetamine in violation of and 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2; in Count 6 Samantha Celona was charged with possession with intent

to distribute and distribution of methamphetamine in violation of and 21 U.S.C. § 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2; in Count 7 Samantha Celona was charged with possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); and in Count 8 with unlawful possession of firearms in violation of 18 U.S.C. § 924(c). On May 1, 2024, Damon Magnuson appeared before United States Magistrate Judge William I. Arbuckle for an arraignment and pleaded not guilty. The Federal Public Defender's Office was appointed to represent Mr. Magnuson. On May 7, 2024, Samantha Celona appeared before United States Magistrate Judge William I. Arbuckle for an arraignment and pleaded not guilty.

By Order of May 7, 2024, this Honorable Court scheduled jury selection and trial for July 1, 2024, and set the deadline for filing pretrial motions and briefs to on or before May 22, 2024.

The defendant has filed a motion to continue jury selection and trial and extend the time to file pretrial motions and briefs.

The failure to grant a continuance would likely result in a miscarriage of justice.

The ends of justice served by the granting of the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS ORDERED THAT:

1. This case is continued to the ___October___ 2024, trial list.

2. The jury selection currently scheduled to commence on July 1, 2024 is continued until ___October 7___, 2024 at Williamsport, Pennsylvania.

3. The deadline for filing pretrial motions and briefs is extended until August 20, 2024.

4. The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

3